**MEMO ENDORSED**

Ronai & Ronai, LLP
Attorneys at Law
The Ronai Building
34 Adee Street
Port Chester, NY 10573
Tel: (914) 824-4777

December 17, 2020

**VIA ECF**
The Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

    Re:    Oliver Krafcsik v. Egnatia Construction, Inc., et. al.
             Case No.: 19-cv-05376-WHP

Your Honor:

    We represent Plaintiff Oliver Krafcsik in the above referenced matter. I am writing this letter to request an adjournment of the pre-motion telephone conference presently scheduled for 2:00PM this afternoon.

    I found out this morning that the handling attorney who was prepared to do conference call this afternoon, is ill and unable to attend. As such, I immediately reached out to defense counsel to request consent for an adjournment, however, I have not yet heard back from him.

    This is our first request for an adjournment.

    In view of the foregoing, I respectfully request that the pre-motion telephone conference presently scheduled for 2:00PM this afternoon be adjourned to December 28, 2020 or December 29, 2020, or that in lieu of the conference – that a briefing schedule be set for both plaintiff's and defendant's summary judgment motions.

    Thank you for your attention to this matter.

*Application Granted. The pre-motion conference at 2:00 p.m. on December 17, 2020 is adjourned. The pre-motion telephonic conference is rescheduled for December 28, 2020 at 11:00 a.m. The dial-in number is 888-363-4749, passcode 3070580.*

Respectfully,

/s/
Chun Yip So
Senior Paralegal

Cc: All parties via ECF

SO ORDERED:

Dated: December 17, 2020
New York, New York

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.