UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------
                   :

OLIVER KRAFCSIK,          :

                   :

           Plaintiff,   :      19cv5376

                   :

       -against-     :      <u>ORDER TO STRIKE</u>

EGNATIA CONSTRUCTION INC., *et al.*,  :

                   :

         Defendants.  :

                   :

------------------------------------------ :

WILLIAM H. PAULEY III, Senior United States District Judge:

          Defendant Egnatia Construction having filed a Motion for Summary Judgment (ECF No. 67), the Court respectfully directs the Clerk of Court to *strike document number 67 from the docket*.

          Defendant's counsel is directed to refile its motion, memorandum of law, Rule 56.1 statement, and declaration as separate documents on ECF.

Dated: February 18, 2021        SO ORDERED:
     New York, New York

                            WILLIAM H. PAULEY III
                               U.S.D.J.