**CAROL LILIENFELD**
Attorney at Law
750 Third Avenue   Suite 2401
New York, New York 10017
212-683-3344 T
212-286-8481 F

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021

September 22, 2021

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                              Re:   Krafcsik vs. Egnatia
                                      Case No. 19-CV-05376

Dear Justice Torres:

    At the time of the recent decision, I went into Pacer to obtain a copy of the Order, and I saw that it listed both my clients, Carl Chisolm and Priya Chisolm as "terminated." I knew that was not accurate.

    After a couple of conversations with the docket clerk, I understand the record has been corrected as to Priya Chisolm. Her cross claim against Egnatia does continue. The plaintiff's claim against my clients was discontinued, as was the Egnatia claim against my clients.

    It appears however, that I made a clerical error in filing the original answer with cross claims because they were by both Carl and Priya as husband and wife, but the record only reflected the filing by Priya against Egnatia.

    Would your honor allow the record to be corrected so that it would reflect that the cross claims are from both Priya and Carl Chisolm?

                                             Very truly yours,

                                             CAROL LILIENFELD

cc:   All Attorneys

GRANTED. The Clerk of Court has corrected the record as contemplated above.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                             ANALISA TORRES
                                             United States District Judge