UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OLIVER KRAFCSIK,

                Plaintiff,

-against-

EGNATIA CONSTRUCTION INC., CARL J. CHISOLM, PRIYA M. CHISOLM, and ABC CORP., a fictitious name intending to be that of an unknown contractor,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/2/2022_

19 Civ. 5376 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On September 15, 2021, the order the parties to submit blackout dates for the second quarter of 2022 by February 10, 2022. ECF No. 87. That deadline is RESCHEDULED to **February 7, 2022**. All other deadlines in the Court's pretrial scheduling order remain unchanged.

      SO ORDERED.

Dated: February 2, 2022
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge