UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVER KRAFCSIK,

                           Plaintiff,

              -against-

EGNATIA CONSTRUCTION INC., CARL J.
CHISOLM, PRIYA M. CHISOLM, and ABC
CORP., a fictitious name intending to be that of an
unknown contractor,

                           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2022
```

19 Civ. 5376 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      The Court has determined it is not feasible to set a trial date in this matter in the second quarter of 2022.  Accordingly, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, shall seek to schedule a jury trial for this matter in the third or fourth calendar quarters of 2022.  Accordingly, by **May 1, 2022**, the parties shall submit blackout dates for the third and fourth calendar quarters of 2022.

      The Court shall schedule the final pretrial conference date upon setting a date certain for trial.

      SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                             ANALISA TORRES
                                          United States District Judge