UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVER KRAFCSIK,

                Plaintiff,

-against-

EGNATIA CONSTRUCTION INC., CARL J. CHISOLM, PRIYA M. CHISOLM, and ABC CORP., a fictitious name intending to be that of an unknown contractor,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/11/2022_

19 Civ. 5376 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Trial in this matter is set to begin on **December 14, 2022**, at **9:00 a.m**. The final pretrial conference shall take place on **December 7, 2022**, at **1:00 p.m**. Both shall take place in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007. By **November 14, 2022**, the parties shall submit a joint letter summarizing any necessary alterations to the pretrial order and the related filings.

    Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. By **September 1, 2022**, the parties shall file a joint letter advising whether they wish to be referred to a magistrate judge for settlement discussions.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge