UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVER KRAFCSIK,

      Plaintiff,

   -against-

EGNATIA CONSTRUCTION INC. et al.,

      Defendants.

19-cv-05376 (JLR)

**ORDER**

**JENNIFER L. ROCHON, United States District Judge:**

 The Court has been advised at ECF No. 124 that this case is partially settled. Plaintiff Oliver Krafcsik's claims against Defendants ABC Corp. ("ABC") and Egnatia Construction Inc. ("Egnatia") have been settled in principle. *Id.* Defendant Egnatia's Cross-Claims against Defendant ABC have also been settled in principle. *Id.* Therefore, it is ORDERED that those claims are hereby DISMISSED and discontinued without costs, and without prejudice to the right to re-raise those claims **within thirty days** of the date of this Order if the settlement is not consummated.

 To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

 If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

 Plaintiff Oliver Krafcsik and ABC Corp. are dismissed from this case as there are no remaining claims against these parties.

 The only remaining claim is Priya M. Chisholm and Carl J. Chisholm's Cross-Claim against Egnatia. ECF No. 31. The Chisholm Cross-Claimants and Egnatia Constructions shall file a joint letter by **November 7, 2022** apprising the Court on the status of the claim.

Dated: November 1, 2022
   New York, New York

           SO ORDERED.

           *Jennifer Rochon*
           JENNIFER L. ROCHON
           United States District Judge