UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER KRAFCSIK,<br><br>                          Plaintiff,<br><br>-against-<br><br>EGNATIA CONSTRUCTION INC. et al.,<br><br>                          Defendants. | 19-cv-05376 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      IT IS HEREBY ORDERED that the remaining parties, Cross Claimants Priya M. Chisolm and Carl J. Chisolm and Cross Defendant Egnatia Construction Inc., shall appear for a pretrial conference on **November 16, 2023**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: November 8, 2022
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge