UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL J. CHISOLM, PRIYA M. CHISOLM,<br><br>      Cross Claimants,<br><br>   -against-<br><br>EGNATIA CONSTRUCTION INC.,<br><br>      Cross Defendant. | 19-cv-05376 (JLR) (SDA)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that the pretrial conference scheduled for November 16, 2023 at 10:00AM (*see* ECF No. 127) is rescheduled for **November 16, 2022, at 10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: November 10, 2022
    New York, New York

              SO ORDERED.

              *Jennifer Rochon*
              JENNIFER L. ROCHON
              United States District Judge